UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE MICELI, | Case No. CV-12-2485 |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| JAM REALTY COMPANY, LLC, a Domestic Limited Liability Company, and PAPA JOHN'S USA, INC., a Foreign Business Corporation, | |
| Defendants. | |

Plaintiff Monique Miceli and defendants Papa John's USA, Inc. and JAM Realty Company, LLC hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that any and all claims and crossclaims filed herein should be and hereby are dismissed with prejudice. Each party shall bear her or its own costs and attorneys' fees with respect to the claims asserted in this lawsuit.

STIPULATED AND AGREED TO:

Christopher Robles, Esq.
471 54th Street
Brooklyn, NY 11220
Attorney for Plaintiff

Jason A. Storipan, Esq. (JS0430)
FISHER & PHILLIPS LLP
430 Mountain Avenue
Murray Hill, NJ 07974
Phone: (908) 516-1050
Fax: (908) 516-1051
Attorneys for Defendant
Papa John's USA, Inc.

Stacie Bryce Feldman, Esq.
32 Broadway, Suite 214
New York, New York 10004
Attorney for Defendant
JAM Realty Company, LLC

NewJersey 191919.1